**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

**April 7, 2008**

**CASE NUMBER: CV 08-01557 JL**
**CASE TITLE:  FRED HULAC-v-FEDERAL EXPRESS CORP**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable JEFFREY S. WHITE** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JSW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 4/7/08

FOR THE EXECUTIVE COMMITTEE:

_____
                                    Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies              Special Projects
Log Book Noted                             Entered in Computer 4/7/08 MAB

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                    Transferor CSA