Edward J. Efkeman (Admitted *Pro Hac Vice*)
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Road, Building B, Third Floor
Memphis, Tennessee 38125
Telephone:  901-434-8555
Fax:  901-434-9271
eefkeman@fedex.com

David S. Wilson, III (Bar No. 174185)
FEDERAL EXPRESS CORPORATION
2601 Main Street, Suite 340
Irvine, California  92614
Telephone:  949-862-4656
Fax: 949-862-4605
dswilson@fedex.com

Attorneys for Defendant
Federal Express Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| HULAC, et al., | **No. C 3:08-1557-JSW** |
| Plaintiffs, | |
| v. | **NOTICE OF PENDENCY OF OTHER ACTION** |
| FEDERAL EXPRESS CORPORATION, | |
| Defendant. | |

Pursuant to Northern District of California Local Rule 3-13, Defendant Federal Express Corporation ("FedEx") states that, to its knowledge, one action currently pending in the Central District of California, *Clausnitzer, et. al. v. Federal Express Corporation*, No. SACV05-1269 DOC, involves all or a material part of the subject matter of this instant action.

The named Plaintiffs in *Clausnizter* are Ronald Clausnitzer, Andy Kubicki, Gabriel Contreras, Frank Martinez, and Jody Lynn Mitchell.  All Plaintiffs are current or former couriers of FedEx who filed the complaint as a collective action alleging age discrimination under the ADEA.  David L. Rose and Earlene W. Rosenberg of Rose & Rose P.C., are counsel for Plaintiffs

Defendant's Notice of Pendency – C 08-1557 JSW

1  in *Clausnitzer*, as they are in this action. Most of the named Plaintiffs in this action filed Notices
2  of Consent to Opt-in to the proposed class in *Clausnitzer*, although class certification was denied
3  in that action on October 18, 2007. All of the individual claims of the named Plaintiffs in
4  *Clausnizter* were dismissed by summary judgment on March 18, 2008, two days before this action
5  was filed. Motions for Reconsideration are still pending.

6  The *Clausnitzer* action involves a material part of the subject matter of this instant action
7  because both actions allege age discrimination by FedEx on a nationwide basis as the result of
8  application of unspecified policies. Each proposed class purports to encompass all couriers
9  nationwide, although this action adds similar allegations about other job positions within FedEx.

10  Transfer to the Central District is appropriate to avoid conflicts in factual and legal
11  determinations, conserve resources, and promote an efficient determination of the action. FedEx
12  will contest class certification in this action as it did in *Clausnitzer*, and a determination of the
13  same or substantially related or similar questions of law and fact is required, such that they would
14  entail substantial duplication of labor if heard by different judges. FedEx will be filing a timely
15  Motion to Transfer with its responsive pleadings that sets forth the grounds for transfer in greater
16  particularity.

18  Dated: May 13, 2008

                        __/s/ Edward J. Efkeman_____
   Edward J. Efkeman (Admitted *Pro Hac Vice*)
   David S. Wilson, III (Bar No. 174185)
   FEDERAL EXPRESS CORPORATION

## **PROOF OF SERVICE**

**STATE OF TENNESSEE, COUNTY OF SHELBY**

     I hereby certify that on May 13, 2008, I electronically filed Defendant Federal Express Corporation's Notice of Pendency of Other Action with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

    David L. Rose
    daver@roselawyers.com
    Earlene W. Rosenberg
    erosenberg@roselawyers.com
    ROSE & ROSE, P.C.
    1320 19th Street, N.W.
    Suite 601
    Washington, DC 20036
    202-331-8555

                                      */s/ Edward J. Efkeman*
                                      Edward J. Efkeman
                                      Attorney for Defendant
                                      Federal Express Corporation
                                      3620 Hacks Cross Road
                                      Building B, Third Floor
                                      Memphis, TN  38125
                                      Tel. No. (901)434-8555
                                      Email:  eefkeman@fedex.com