1  Joshua N. Rose (DCB 420606) *Pro Hac Vice Application Pending*
   Josh@Roselawyers.com
2  David L. Rose (DCB 376379)
   Daver@Roselawyers.com
3  Earlene W. Rosenberg (DCB 974273) *Pro Hac Vice Application Pending*
   Erosenberg@roselawyers.com
4  **ROSE & ROSE, P.C.**
   1320 19th Street, N.W., Suite 601
5  Washington, D.C.  20036
   Telephone: (202) 331-8555
6  Facsimile: (202) 331-0996

7  Attorneys for Plaintiffs

8  Allen C. Speares (CA Bar 112108)
   Aspeare@att.net
9  **Law Office of Allen C. Speare**
   111 N. Market Street, Suite 970
10 San Jose, CA  95113
   Telephone: (408) 795-1180
11 Facsimile: (408) 795-1184

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRED HULAC, KATHY FINGARSON DAVID WILLIAMS RAUL ARMENDARIZ, GLENDORA SPINKS, WILLIAM STEWART and all those similarly situated | **CASE NO. 08-01557 (JSW)** |
| Plaintiffs, | **ERRATA SHEET** <br> **APPENDIX A** <br> **APPENDIX C** |
| vs. | |
| FEDERAL EXPRESS CORPORATION | |
| Defendant. | |

**ERRATA SHEET FOR APPENDIX A AND C ATTACHED TO THE AMENDED COMPLAINT**

1. Appendix A- Added the name David Williams and Paul Brooks

2. Appendix C- Added the name David Williams

```
                              By:/s/ Earlene W. Rosenberg
                                   Joshua N. Rose
                                   David L. Rose
                                   Earlene W. Rosenberg
                                   Attorneys for Plaintiffs
DATED: May 22, 2008      ROSE & ROSE, P.C.
```

APPENDIX A

**No Longer Employed With FedEx**

|  | Name | Station | Date of Birth |
|---|---|---|---|
| 1. | Fred Hulac | STSA(CA) | 3/27/52 |
| 2. | Tracy Gray | STSA(CA) | 6/19/63 |
| 3. | David Williams | (CA) | 9/17/50 |
| 4. | Glendora Spinks | POCA(CA) | 3/18/53 |
| 5. | Raul Armendariz | FLGA(AZ) | 10/19/56 |
| 6. | Lori Bernstein | FNLA(CO) | 7/21/61 |
| 7. | Delno Clark | BDLA(CN) | 3/4/59 |
| 8. | Stephen Megru | SUAA(FL) | 2/11/59 |
| 9. | John Pellegren | FMYA(FL) | 12/21/53 |
| 10. | Peggy Whitman | FMYA(FL) | 4/22/61 |
| 11. | Sue Elins | FMYA(FL) | 6/4/60 |
| 12. | Romas Jasiulevicius | CLWA(FL) | 4/10/62 |
| 13. | Jerome Vanderable | NCQA(TN) | 6/25/57 |
| 14. | Rian Takeshita | JHMDA(HI) | 9/15/62 |
| 15. | Sherrie Smith | OGGA(HI) | 12/14/53 |
| 16. | Edward Medeiros | OGGA(HI) | 12/4/55 |
| 17. | Steven Sutterman | Cedar Rapids(IA) | 8/2/57 |
| 18. | Jeffrey Long | GAIA(MD) | 10/1/62 |
| 19. | Samuel Kudjordji | GAIA(MD) | 8/10/53 |
| 20. | Sammy Smith | GAIA(MD) | 3/4/60 |
| 21. | Lani Gibbons | FMEA(MD) | 5/31/53 |
| 22. | Peter Fay | AYE(MA) | 1/28/55 |
| 23. | Michael Kelley | OWDA(MA) | 12/26/56 |
| 24. | John Neil | OWDA(MA) | 2/23/57 |
| 25. | Kenneth Kumm | CEFA(MA) | 8/7/56 |
| 26. | Lizzie Middlebrook | DTTA (MI) | 3/10/54 |
| 27. | Deborah Ridenhour | DTTA (MI) | 5/1/48 |
| 28. | Caroline O'Brien | MKCA(OH) | 2/28/62 |
| 29. | Larry Mungiello | TEBA(NJ) | 6/13/41 |
| 30. | Steven Goldberg | ABQA(NM) | 8/16/50 |
| 31. | Maggie Dean | HTOA(NY) | 9/13/59 |
| 32. | Sandra Compton | HKYA(NC) | 11/11/48 |
| 33. | Michael Dill | HKYA(NC) | 9/20/61 |
| 34. | Paul Brooks | HKYA(NC) | 9/22/57 |
| 35. | Shryl Weideman | TOL(OH) | 7/1/59 |
| 36. | Ronald Adams | DAYA(OH) | 1/15/57 |
| 37. | William Watkins,III | PITA(OK) | 8/4/47 |
| 38. | Edward Jones | TULA(OK) | 12/4/54 |
| 39. | Jeff McEllrath | PDXA(OK) | 1/10/54 |
| 40. | Belinda Ryles | PDXA(OR) | 4/13/57 |
| 41. | Michael Parks | BNAA(OR) | 7/15/58 |
| 42. | Earl Yarborough | NQAA(TN) | 12/30/63 |
| 43. | Verna Stanback | NQAA(TN) | 11/22/53 |

```
44.    Kenneth Adams         NQAA(TN)       10/2/56
45.    Esther Harrison       HKA(TN)        10/26/57
46.    Sandra Mason          HBYA(TX)       9/16/55
47.    Ricki Stilwell        WALA(GA)       12/20/54
48.    Kevin Chapman         DCAA(DC)       9/8/62
49.    Robert Willette       ATWA (WI)      8/23/61
50.    Rocco Notarfrancesco  GMVA (NJ)      3/19/57
51.    William Stewart       STSA (CA)      3/27/52
52.    Linnea Edwards        SRU  (CA)      9/9/56
53.    Richard Boyd          SWFA (FL)      11/16/48
54.    Frank Sarro           BMLA (FL)      3/10/43
55.    Curley Fuller         PDXA (FL)      10/6/43
56.    Paul Horning          GAIA (MD)      3/21/50
57.    Rita Perkins          FCMA (MI)      11/29/51
58.    D. Ken Mackenzie      WRIA (NJ)      10/8/39
59.    David Henning         WWDA (NJ)      8/11/52
60.    David Williams        Acampo(CA)     9/17/50
```

**APPENDIX C**

**CALIFORNIA RESIDENTS**

| | Name | Station | DOB |
|---|---|---|---|
| 1. | Fred Hulac | STSA (CA) | 3/27/52 |
| 2. | Tracy Gray | STSA (CA) | 1/27/08 |
| 3. | Glendora Spinks | POCA (CA) | 3/18/53 |
| 4. | Kathy Fingarson | NOTA (CA) | 10/31/53 |
| 5. | Dianna Fejardo | POCA (CA) | 10/6/52 |
| 6. | Debra Ferrell | POCA (CA) | 2/23/56 |
| 7. | Rebecca Diaz | POCA (CA) | 7/7/58 |
| 8. | Scott Maeda | POCA (CA) | 3/17/65 |
| 9. | Linnea Edwards | SRU  (CA) | 9/9/56 |
| 10. | Debbie Johnson | FULA (CA) | 3/20/59 |
| 11. | William Stewart | STSA (CA) | 3/27/52 |
| 12. | David Williams | Acampo(CA) | 9/17/50 |