```
 1  Joshua N. Rose (DCB 420606)* Pro hac vice application pending
    Josh@Roselawyers.com
 2  David L. Rose (DCB 376379)
    Daver@Roselawyers.com
 3  Earlene W. Rosenberg (DCB 974273)* Pro hac vice application pending
    Erosenberg@Roselawyers.com
 4  ROSE & ROSE, P.C.
    1320 19th Street, N.W., Suite 601
 5  Washington, D.C.  20036
    Telephone: (202) 331-8555
 6  Facsimile: (202) 331-0996

 7  Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED HULAC, KATHY FINGARSON RAUL ARMENDARIZ, GLENDORA SPINKS, WILLIAM STEWART and all those similarly situated<br><br>vs.<br><br>FEDERAL EXPRESS CORPORATION<br><br>Defendant. | CASE NO. 08-01557 JSW<br><br>**PLAINTIFFS UNOPPOSED REPLY TO DEFENDANT'S NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING PROCEEDING** |

**PLAINTIFFS UNOPPOSED REPLY TO DEFENDANT'S NOTICE OF PENDENCY OF**

**OTHER ACTION OR PROCEEDING**

Plaintiffs file this unopposed reply to Defendant's Notice of Pendency of Another Action or Proceeding, in conjunction with our memorandum in opposition to Defendant's Motion to transfer venue.

**PLAINTIFFS REPLY TO DEFENDANT'S NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING**

Not one of the Plaintiffs in this suit is a party in *Clausnitzer, et al v. FedEx*. 05-cv-1269 (ANx) C.D.Cal. L.R. 3-13. This case does not involve "all or a material part of the same subject matter" and does not involve "all or substantially all of the same parties as another action which is pending in any other federal or state court." L.R. 3-13(a). Therefore, Plaintiffs in this suit do not have a related matter pending in *Clausnitzer, et al v. FedEx*, 05-cv-1269 before the Central District or in any other Court.

For a more detailed response see Plaintiffs' Memorandum in Opposition to Defendant's motion to transfer this suit to the Central District of California.

DATED: June 11, 2008                                    ROSE & ROSE, P.C.

By:   /s/ David L. Rose
      David L. Rose
      Joshua N. Rose
      Earlene W. Rosenberg
      Attorneys for PLAINTIFFS

**Certificate of Service**

I Earlene W. Rosenberg, hereby certify that Plaintiffs' Reply to Defendant's Notice of Pendency of Other Action or Proceeding was served electronically on June 11, 2008.

/s/Earlene W. Rosenberg
Earlene W. Rosenberg