UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRED HULAC

        Plaintiff(s),                                No. C 08-01557 JSW

  v.                                        **CLERK'S NOTICE**

FEDERAL EXPRESS CORP

        Defendant(s).

_____/

    YOU ARE HEREBY NOTIFIED that on July 11, 2008, at **9:00 a.m., immediately following the hearing on the Motion to Transfer**, in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the Initial Case Management Conference **previously noticed for** 1:30 p.m., in this matter. The joint case management statement remains due on or before July 3, 2008.

                                          Richard W. Wieking
                                          Clerk, United States District Court

                                          By:_____
                                          Jennifer Ottolini, Deputy Clerk
                                          Honorable Jeffrey S. White
                                          (415) 522-4173

Dated: June 12, 2008