1
2
3
4
5
6
7
8                          **UNITED STATES DISTRICT COURT**
9                              **Northern District of California**

10  Hulac,                                              08-01557 JSW
11                     Plaintiff(s),                    **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER**
12      v.
13  Federal Express Corporation,
14                     Defendant(s).
15

16    The parties have failed to file an ADR Certification and either a Stipulation and
17 [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone
18 Conference as required by the Initial Case Management Scheduling Order.  Counsel
19 shall Meet and Confer forthwith in an attempt to agree on an ADR process for this
20 matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file
21 an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting**
22 **ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b),
23 ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available
24 at www.adr.cand.uscourts.gov.)
25
26    Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a
27 copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax
28 (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
08-01557 JSW                    -1-

1 | 450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2 | to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur <u>before</u> the Case Management Conference.

Dated: June 25, 2008

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

*Timothy Smagacz*

ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
08-01557 JSW                            -2-

PROOF OF SERVICE

Case Name:       Hulac v. Federal Express Corporation

Case Number:    08-01557 JSW

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

>   ADR Program
>   United States District Court
>   Norther District of California
>   450 Golden Gate Avenue Floor 16
>   San Francisco, CA 94102

On June 25, 2008, I served a true and correct copy of:

>   **Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>   David L. Rose
>   Rose & Rose, P.C.
>   1320 19th Street, N.W.
>   Suite 601
>   Washington, DC 20036
>   Daver@Roselawyers.com
>
>   Earlene White Rosenberg
>   1320 19th Street, NW
>   Suite 601
>   Washington, DC 20036
>   erosenberg@roselawyers.com
>
>   David Sidney Wilson III
>   Federal Express Corporation
>   Legal Department
>   2601 Main Street
>   Suite 340
>   Irvine, CA 92614
>   dswilson@fedex.com

Edward J. Efkeman
Federal Express Corporation
3620 Hacks Cross Road
Bldg. B, 3rd Floor
Memphis, TN 38125

Edward John Efkeman
Federal Express Corporation
3620 Hacks Cross Rd
Bldg B - 3d Fl
Memphis, TN 38125
eefkeman@fedex.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 25, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:     Timothy J. Smagacz
*Timothy Smagacz*
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov