**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

| | | |
|---|---|---|
| Richard W. Wieking<br>Clerk | | General Court Number<br>415.522.2000 |

July 3, 2008

**United States District Court-Central California**
**312 North Spring Street**
**Los Angeles, CA 90012**

RE: CV 08-01557 JSW  FRED HULAC-v-FEDERAL EXPRESS CORP

Dear Clerk,

    Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

☐    Certified copy of docket entries.

☐    Certified copy of Transferral Order.

☐    Original case file documents.

☒    Please access the electronic case file for additional pleadings you may need.  See the attached instructions for details.

    Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by: Hilary D. Jackson
Case Systems Administrator

Enclosures
Copies to counsel of record

Case 3:08-cv-01557-JSW    Document 23    Filed 07/03/2008    Page 2 of 2